UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division



FILED
MAR 22 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Maksim Tsvetovat, et al.

    Plaintiffs,

v.	Action No. 4:13cv00016

Law Offices of Shapiro Brown & ALT, LLP, et al.
    Defendants

## JUDGMENT ON ACCEPTED OFFER

IT IS ORDERED and ADJUDGED that, in accordance with the accepted offer of judgment filed pursuant to Rule 68 of the Federal Rules of Civil Procedure, the plaintiffs, Maksim Tsvetovat and Tatiana Tsvetovat, recover of the defendants, Law Offices of Shapiro, Brown & Alt, LLP and Professional Foreclosure Corporation of Virginia, the aggregate amount of $3,500.00, and that plaintiffs recover of defendants, jointly and severally, plaintiffs costs of this action and a reasonable attorney's fee incurred in this action; said fees and costs are to be in an amount as agreed to between counsel for the parties or as determined by the Court.

Dated: 3/22/13

FERNANDO GALINDO, Clerk

By _____
    Deputy Clerk